CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

JOSE MACIAS,JR. (SBN:265033)
jose@mra-llp.com
HECTOR J. RODRIGUEZ (SBN: 305446)
hector@mra-llp.com
TRAVIS M. ADAMS (SBN:303447)
travis@mra-llp.com
MACIAS RODRIGUEZ ADAMS LLP
1550 The Alameda, Suite 332
San Jose, CA 95126
Attorneys for Defendant
Tacomania, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | Case: 5:21-cv-08520-BLF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| TACOMANIA, INC., a California Corporation | |
| Defendant | |

1

1

## **STIPULATION**

2

3      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4  between the parties hereto that this action may be dismissed with prejudice

5  as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6  This stipulation is made as the matter has been resolved to the satisfaction of

7  all parties.

8

9  Dated: April 20, 2022          CENTER FOR DISABILITY ACCESS

10

11                                   By: /s/ Amanda Seabock
                                         Amanda Seabock
12                                       Attorneys for Plaintiff

13  Dated: April 20, 2022          MACIAS RODRIGUEZ ADAMS LLP

14                                   By: /s/Travis M. Adams
15                                       Jose Macias, Jr.
                                         Hector J. Rodriguez
16                                       Travis M. Adams
                                         Attorneys for Defendant
17                                       Tacomania, Inc.

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal              Case: 5:21-cv-08520-BLF

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Travis M. Adams, counsel for Tacomania, Inc., and that I have obtained Mr. Adams's authorization to affix his electronic signature to this document.


Dated: April 20,2022               CENTER FOR DISABILITY ACCESS


                                   By: /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff

Joint Stipulation for Dismissal           Case: 5:21-cv-08520-BLF